United States Bankruptcy Court
District of South Carolina

IN RE:

Donna Lynn Sheridan
448 Royal Oak Drive
Spartanburg, SC  29302

Debtor

CASE NO.: 15-05965-hb
CHAPTER 13

### ORDER OF DISMISSAL

This matter comes before the Court pursuant to the Trustee's Motion to Dismiss this case which states that the Debtor failed to comply with the Court's Order filed June 09, 2016, as the Debtor failed to make timely payments.  Pursuant to the Motion and the Court's prior Orders, this case is hereby DISMISSED.

**IT IS SO ORDERED.**

**FILED BY THE COURT**
**07/12/2017**



US Bankruptcy Judge
District of South Carolina

Entered: 07/12/2017

United States Bankruptcy Court
District of South Carolina

In re:                                                                Case No. 15-05965-hb
Donna Lynn Sheridan                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-7        User: richardso        Page 1 of 2                Date Rcvd: Jul 12, 2017
                        Form ID: pdf01        Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
```
db             +Donna Lynn Sheridan,    448 Royal Oak Drive,    Spartanburg, SC 29302-4506
542910317      +ARTHUR STATE BANK,    100 E MAIN ST,    Union SC 29379-2325
542910319     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso TX 79998-2235)
542946727      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
542910320       Capital One Bank,    PO Box 30281,    Salt Lake City UT 84130-0281
542934676       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
542910321       Chase/Bank One Card Serv,    PO Box 15298,    Wilmington DE 19850-5298
542910322       Chase/Bank One Card Serv,    PO Box 15298-5298,    Wilmington DE 19850
542910325       CitiCards CBNA,    6241,    Sioux Falls SD 57117-6241
542910326       CitiCards/CBNA,    PO Box 6241,    Sioux Falls SD 57117-6241
542910323      +Citicards CBNA,    701 E 60th St N,    Sioux Falls SD 57104-0432
542910327       Citigo/Citibank CBNA,    PO Box 6497,    Sioux Falls SD 57117-6497
542910328      +Client Services Inc.,    PO Box 1503,    Saint Peters MO 63376-0027
542910329       Comenity Bank,    PO Box 182789,    Columbus OH 43218-2789
542910330       Conseco Finance Corp,    PO Box 6172,    Rapid City SD 57709-6172
542910331       Country Door,    1112 7th Avenue,    Monroe WI 53566-1364
542924912      +Country Door,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
542946410      +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
542910332      +Credit First National Association,    PO Box 81315,    Cleveland OH 44181-0315
542910333      +Credit Management,    4200 International Pkwy,    Carrollton TX 75007-1912
542910334       Dell Financial Services,    c/o Customer Service Correspondence Dept,    P.O. Box 81607,
                Austin TX 78708-1607
542910335       Exxon Mobile/Citibank,    PO Box 6497,    Sioux Falls SD 57117-6497
542910336       Firestone,    PO Box 81307,    Cleveland OH 44181-0307
542947906      +Midland Credit Management, Inc.,    as agent for  MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
542910346       SST/Columbus Bank & Trust,    PO Box 84024,    Columbus GA 31908-4024
542910347      +SST/Synovus,    4315 Pickett Road,    Saint Joseph MO 64503-1600
542910343       Seventh Avenue,    1112 7th Avenue,    Monroe WI 53566-1364
542927062      +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
542910344       Shell/Citibank SD,    PO Box 6497,    Sioux Falls SD 57117-6497
542910348       Sunoco Citibank,    PO Box 6497,    Sioux Falls SD 57117-6497
542910349      +Swiss Colony,    1112 7th Avenue,    Monroe WI 53566-1364
542910353      +THD/CBSD,    PO Box 6497,    Sioux Falls SD 57117-6497
542910354       The Home Depot/CBNA,    PO Box 6497,    Sioux Falls SD 57117-6497
542927063      +The Swiss Colony,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
542910356      +Universal CD CBNA,    PO Box 6497,    Sioux Falls SD 57117-6497
542949412       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: tmcleod@dew.sc.gov Jul 12 2017 22:03:17
                South Carolina Department of Employment and Workfo,    P.O. Box 8597,    Columbia, SC 29202-8597
542922829      +E-mail/Text: bankruptcy@1ffc.com Jul 12 2017 22:03:47     1st Franklin Financial Corporation,
                PO Box 170236,    Spartanburg, SC 29301-0023
542953892      +E-mail/Text: bncmail@w-legal.com Jul 12 2017 22:03:16      COMENITY CAPITAL BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
542910338       E-mail/Text: cio.bncmail@irs.gov Jul 12 2017 22:02:53      IRS MDP 39,    1835 Assembly ST RM 469,
                Columbia SC 29201
542910339       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2017 22:10:08
                Portfolio Recovery Associates LLC,    120 CORPORATE BLVD,    Norfolk VA 23502
542966871       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2017 22:09:52
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
542915807       E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2017 22:03:03
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
542955307       E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2017 22:03:04
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
542910340      +E-mail/Text: bkrpt@retrievalmasters.com Jul 12 2017 22:03:08      Retrieval Masters,
                PO Box 1235,    Elmsford NY 10523-0935
542910341      +E-mail/Text: tmcleod@dew.sc.gov Jul 12 2017 22:03:17      SC Dept of Employment/Workforce,
                PO Box 995,    Columbia SC 29202-0995
542910342      +E-mail/Text: bankruptcy@sctax.org Jul 12 2017 22:03:30      SC Dept of Rev. & Tax,
                PO Box 12265,    Columbia SC 29211-2265
542910350      +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2017 21:58:59      SYNCB/Phillips,    PO Box 965004,
                Orlando FL 32896-5004
542910351      +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2017 21:59:04      SYNCB/Walmart,    PO Box 965024,
                Orlando FL 32896-5024
542910352       E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2017 21:59:04      SYNCB/Walmart,    PO Box 965036,
                Orlando FL 32896-5036
542910345      +E-mail/Text: tcraig@spartanburgcounty.org Jul 12 2017 22:03:13
                Spartanburg County Tax Collector,    366 North Church Street, Ste. 300,
                Spartanburg SC 29303-3637
```

```
District/off: 0420-7          User: richardso              Page 2 of 2                  Date Rcvd: Jul 12, 2017
                              Form ID: pdf01               Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
542954853      +Fax: 866-311-5818 Jul 12 2017 22:48:06      Systems & Services Technologies, Inc.,
                 4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
542910355      +E-mail/Text: bnc@alltran.com Jul 12 2017 22:02:50      United Recovery Services,
                 5800 North Course Drive,    Houston TX 77072-1613
542910357       E-mail/Text: bnc-bluestem@quantum3group.com Jul 12 2017 22:03:36       Web Bank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud MN 56303-0820
                                                                                               TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
542910318*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,     PO Box 982238,    El Paso TX 79998)
542910324*     +Citicards CBNA,    701 E 60th St N,    Sioux Falls SD 57104-0432
542910337*      Internal Revenue Service,    Centralized Insolvency Operation,     PO Box 7346,
                 Philadelphia PA 19101-7346
542949413*      eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
542949414*      eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                         TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
```
          Ashley Stanley    on behalf of Creditor    Arthur State Bank ashley.stanley@hutchenslawfirm.com,
           Vanessa.hartley@hutchenslawfirm.com;Jodie.brull@hutchenslawfirm.com
          Eugene B. McLeod, III    on behalf of Creditor    South Carolina Department of Employment and
           Workforce tmcleod@dew.sc.gov, ecf@dew.sc.gov
          Gretchen D. Holland     ecf@upstate13.com, gdh@upstate13.com;pacer@upstate13.com
          Robert H. Cooper    on behalf of Debtor Donna Lynn Sheridan thecooperlawfirm@thecooperlawfirm.com,
           thecooperlawfirm@gmail.com
          US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                                TOTAL: 5
```